# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA DANDY, | CIVIL ACTION |
| Plaintiff, |  |
| v. | No. 2:19-2454 |
| ETHICON, INC.; et al., |  |
| Defendants. |  |

## ORDER

**AND NOW**, this 13th day of December, 2019, upon consideration of the Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer Venue filed by Defendants, Ethicon, Inc. and Johnson & Johnson (collectively, "Defendants") (Doc. No. 3), the Memorandum in Response to Defendants' Motion Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer Venue filed by Plaintiff, Rebecca Dandy, and Defendants' Reply, it is hereby **ORDERED** that:

1. Defendants' Motion is **DENIED AS MOOT**;

2. pursuant to 28 U.S.C. § 1406(a), it is in the interest of justice that this case be **TRANSFERRED** to the United States District Court for the District of New Jersey; and

3. the Clerk of Court shall mark this matter **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE