## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON                                   **DATE:**  APRIL 25, 2023

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**  SHANNAN GAGLIARDI

**CIVIL ACTION #** 20-431 (MAS)

**TITLE OF CASE:**
REBECCA DANDY
     v.
ETHICON WOMEN'S HEALTH AND UROLOGY, *et al.*

**APPEARANCES:**
*See* ECF docket for Counsel appearing on behalf of Plaintiff
*See* ECF docket for Counsel appearing on behalf of Defendants

**NATURE OF PROCEEDINGS:** JURY TRIAL – Day 4
Trial with jury resumed before the Honorable Michael A. Shipp.
Defendants resumed redirect of Dr. Katrin Elbert.
Various exhibits admitted and entered into evidence.
Recess taken from 9:19 a.m. to 10:09 a.m.
Plaintiff resumed redirect.
Brigitte Hellhammer (video deposition testimony) called for Plaintiff.
Thomas Barbolt (video deposition testimony) called for Plaintiff.
Jury excused.
Trial with jury adjourned until Wednesday, April 26, 2023 at 9:30 a.m.


Time Commenced:  8:26 AM
Time Adjourned:   12:24 PM
Total Time        3 hrs 8 mins


s/ Jair Bodnar
**DEPUTY CLERK**