**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**<u>MINUTES OF PROCEEDINGS</u>**

<u>**OFFICE:**</u>   TRENTON                                          <u>**DATE:**</u>  APRIL 28, 2023

<u>**JUDGE MICHAEL A. SHIPP**</u>

<u>**COURT REPORTER:**</u>  SHANNAN GAGLIARDI

<u>**CIVIL ACTION #**</u> 20-431 (MAS)

<u>**TITLE OF CASE:**</u>
REBECCA DANDY
         v.
ETHICON WOMEN'S HEALTH AND UROLOGY, *et al.*

<u>**APPEARANCES:**</u>
*See* ECF docket for Counsel appearing on behalf of Plaintiff
*See* ECF docket for Counsel appearing on behalf of Defendants

<u>**NATURE OF PROCEEDINGS:**</u> JURY TRIAL – Day 7
Trial with jury resumed before the Honorable Michael A. Shipp.
Part II of the Charing Conference held.
Decision read into the record.
The jury entered the courtroom at 8:31 a.m.
Rebecca Dandy sworn for the Plaintiff.
The jury exited the courtroom at 10:12 a.m.
Various exhibits were admitted and entered into evidence.
Recess taken from 10:22 a.m. to 10:33 a.m.
Plaintiff rests.
The jury exited the courtroom at 10:34 a.m.
Defendants move for judgment as a matter of law under Rule 50(a) on all claims.
The Court reserves on Defendants' motion and directs the parties to submit briefing by 5:00 p.m.
The jury entered the courtroom at 10:44 a.m.
Dr. Thomas Carr Wright sworn for Defendants.
Jury excused.
Trial with jury adjourned until Monday, May 1, 2023 at 9:30 a.m.

Time Commenced:  8:14 AM
Time Adjourned:   12:33 PM
Total Time        4 hrs 8 mins

s/ Jair Bodnar
**DEPUTY CLERK**