UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                                         **DATE:** MAY 2, 2023

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**CIVIL ACTION #** 20-431 (MAS)

**TITLE OF CASE:**
REBECCA DANDY
   v.
ETHICON WOMEN'S HEALTH AND UROLOGY, *et al.*

**APPEARANCES:**
*See* ECF docket for Counsel appearing on behalf of Plaintiff
*See* ECF docket for Counsel appearing on behalf of Defendants

**NATURE OF PROCEEDINGS:** JURY TRIAL – Day 9
Trial with jury resumed before the Honorable Michael A. Shipp.
Hearing held outside the presence of the jury.
Decision read into the record.
Recess taken from 8:16 a.m. to 8:48 a.m.
Final Charge Conference held.
The jury entered the courtroom at 8:59 a.m.
Jury Charged.
Final instructions provided to jurors.
Meghan Kelly, Esq. summed for Defendants.
Caio Formenti, Esq. and Joseph Johnson Esq/ summed for Plaintiff.
Ordered CSO sworn; CSO Charles Boyle sworn.
Jury Deliberations with all 8 jurors commenced at 12:45 p.m.
Ordered Jury Lunch provided by Trentini's (8) at the Government's expense.
Recess taken from 12:47 p.m. to 3:08 p.m.
Jury Communication #1 received at 2:13 p.m.
Jury returned to Court with verdict.
All jurors present.
VERDICT: No Cause for Action.
Ordered jury polled; jury polled. All jurors agree with verdict.
Ordered jury discharged; jury discharged.

Time Commenced:  8:12 AM
Time Adjourned:   3:13 PM
Total Time        5 hrs 8 mins

                                                                  s/ Jair Bodnar
                                                               **DEPUTY CLERK**